COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Eustacio Medrano
R.C.C. / RAIN - 1 DOC No. 617466
27268 HWY 21 N
ANGIE LA 70426

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on May 13, 2026 |

**REHEARING ACTION: May 13, 2026**

**Docket Number: 25   00362-KH**

**STATE OF LOUISIANA
VERSUS
EUSTACIO MEDRANO**

**Writ Application from Jefferson Davis Parish Case No. CR-390-12**

**<u>BEFORE JUDGES</u>:**

    **Hon. Charles G. Fitzgerald
Hon. Gary J. Ortego
Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Eustacio Medrano** is:

    **<u>REHEARING DENIED</u>**. The application for rehearing was untimely filed. See Uniform Rules—Courts of Appeal, Rule 2–18.2(1). See also Uniform Rules— Courts of Appeal, Rule 2–13; Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379 (1988).

cc: Lauren C. Heinen, Counsel for  the Respondent
    Torrie S. Thibodeaux, Counsel for  the Respondent
    Burleigh G. Doga, Counsel for  the Respondent